CLERK OF DISTRICT COURT
TINA HENRY

2020 APR -7 PM 3: 32

FILED

BY _____
DEPUTY

1  Eric D. Mills
   DUBOIS MILLS, PLLC
2  104 4th Street N, Suite 200
3  P.O. Box 1348
   Great Falls, Montana 59403
4  Ph: 406.315.3242
   Fax: 406. 727.1812
5  eric@406attorneys.com

6  *Attorneys for Plaintiff*

7  
8            **MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY**

9  FRANK HEADLEY,                          Cause No.:  **CDV -20-0193**

10          Plaintiff,

11 vs.                                     **JOHN A. KUTZMAN**

                                           CV-20 46-GF-Bmm
12 WALMART STORES, INC.,                   **COMPLAINT AND DEMAND FOR**
                                           **JURY TRIAL**
13          Defendant.

14
15
16          COMES NOW, Plaintiff, Frank Headley, by and through Counsel, Eric D. Mills of

17 DuBois Mills, PLLC, and submits his *Complaint and Demand for Jury Trial* against Defendant

18 as follows:

19                              **GENERAL ALLEGATIONS**

20    1.  Frank Headley ("Plaintiff") is a resident of Great Falls, Cascade County, Montana.
21
22    2.  Wal-Mart Stores, Inc. is a corporation organized and existing under the laws of Montana

23        and which operates in Great Falls, Cascade County, Montana.  The registered agent for

24        Wal-Mart Stores is CT Corporation System, 3011 American Way, Missoula County,

25        Missoula, Montana.

26    3.  Plaintiff was employed by Defendant(s) starting approximately July 3, 2016. He satisfied
27
28        any probationary period which may have been associated with his employment

                      COMPLAINT AND DEMAND FOR JURY TRIAL - 1

at Defendant(s).

4. Plaintiff was terminated on November 7, 2019.

5. Prior to discharge, Plaintiff was working full-time and earning approximately $40,000.00 per year. He also worked overtime and received fringe benefits including health, dental, vision, and life insurance.

6. Prior to discharge, Plaintiff satisfactorily performed work for Defendant(s) and met or exceeded performance expectations.

7. After discharge, Plaintiff has complied with all statutes regarding mitigating his damages and seeking alternate employment.

## WRONGFUL DISCHARGE FROM EMPLOYMENT

8. Plaintiff realleges paragraphs 1 through 7 as if fully set forth herein.

9. Defendant(s)' reason for discharging Plaintiff was not for good cause.

10. Defendant(s) violated express provisions of its own written personnel policy when discharging Plaintiff.

11. Under Mont. Code Ann. § 39-2-904(1), Defendant acted unlawfully when discharging Plaintiff.

12. Due to and as a direct result of Defendant(s)' unlawful acts, Plaintiff has sustained damages in an amount to be proven at trial.

WHEREFORE, Plaintiff requests relief against Defendant(s) as follows:

1. For lost wages and fringe benefits for four (4) years from the date of discharge, less interim earnings as required by law;

2. For actual damages in an amount to be proven at trial;

3. For Plaintiff's costs and expenses incurred herein, and;

4. For such other and further relief as the Court may deem just and equitable.

## JURY DEMAND

Plaintiff demands a jury trial of all issues so triable in this case.

DATED this _____ day of April 2020.

Eric D. Mills
*Attorney for Plaintiff*

Statute Reference: 39-2-801                    Date of Termination: 11-7-19

## SECTION I. ASSOCIATE CURRENT INFORMATION

Associate Name Frank Headley                    Social Security No. 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

Work Location: 7199 Great Falls, MT.

Work Position: Job Code 1-594-101          Job Title: Fresh Production Supervisor

Period of employment: From 7-29-2017 ___ To 11-7-19

## SECTION II. REASON FOR SEPARATION ( enter codes and description from exit interview)

[ ] Voluntary

[X] Involuntary Attendence policy states that associate should have
no more than 5 exceptions. Associate has 5
Reason for separation: ___

## SECTION III. FINAL WAGES

Associate Received:        [ ] Regular Wages          [ ] Bonus
                           [ ] Vacation Pay           [ ] Separation/Severance Pay
                           [ ] Wage in Lieu           [ ] Profit Sharing/401k

In the amount of $___ for period from ___ to ___

If Associate retired, furnish amount of retirement pay and what percentage of contributions were paid by
the employer. ___ per month ___ % paid by employer
*Note: Wal-Mart Stores, Inc. does not have a qualified retirement plan.*

## SECTION IV. EMPLOYER CERTIFICATION .

Employer Name: Walmart #7199
Address: ~~5320 10th Avenue So.~~    Telephone Number (406) 770-6083
City: ~~Great Falls, MT 59405~~        State: ___                    Zip: ___
Email: ___

Employer's State Department of Labor Account Number: 308906

## SECTION V. CERTIFYING OFFICIAL

*I acknowledge that the above Associate has been separated from work at Wal-mart and the
information furnished in this document is true and correct. This report has been delivered to
or mailed to the Associate.*

Name: Sean Wilkinson          Date: 11-7-19
Title: ASM

Signature: Sean C. Wilkinson

---

### NOTICE TO ASSOCIATE
PLEASE USE THIS FORM IF YOU WISH TO FILE FOR UNEMPLOYMENT
INSURANCE BENEFITS.

---

Complete Along with Exit Interview (WMP 20)

(13)